MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Derek.Owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     v. <br> JEVON EMILE MARSHALL, <br> DAMON CLARENCE GRAYSON, <br> LAVEAUX DEROSANS, <br>     Defendant. | No. CR 10-0881 WHA <br><br> **MOTION AND [PROPOSED] ORDER TO DISMISS COUNT ONE OF THE INDICTMENT** |

The defendants in this case entered guilty pleas to Counts Two and Three of the above captioned Indictment. All three appeared before the Court for judgment and sentencing on September 6, 2011, and all three defendants were sentenced on Counts Two and Three. As part of the plea agreement, the government agreed to dismiss Count One of the Indictment. With leave of the Court, the government moves to dismiss Count One of the above captioned Indictment without prejudice.

DATED: September 8, 2011         Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney


                                    /s/ Derek Owens
                                    DEREK OWENS
                                    Assistant United States Attorney

1 <u>ORDER</u>

2     The Court hereby grants leave to dismiss Count One of the above captioned Indictment

3 without prejudice.

7 DATED: September 12, 2011.  _____

8                                 William Alsup
                                United States District Court Judge